DISTRICT COURT - N.D. OF N.Y.
F I L E D

APR 1 8 2023

AT_____ O'CLOCK_____
John M. Domurad, Clerk - Albany

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.    1:23-CR-159 (AMN) |
| | ) | |
| v. | ) | **Indictment** |
| | ) | |
| **MICHAEL CHARLES MCDERMOTT,** | ) | Violation:    18 U.S.C. § 924(m) |
| | ) | [Theft of Firearms from a |
| | ) | Licensed Dealer] |
| | ) | |
| | ) | 1 Count |
| | ) | |
| **Defendant.** | ) | County of Offense:    Albany |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**[Theft of Firearms from a Licensed Dealer]**

On or about May 10, 2022, in Albany County in the Northern District of New York, the

defendant, **MICHAEL CHARLES MCDERMOTT**, knowingly stole the following firearms

from a licensed dealer, that is Walmart, located in Glenmont, New York:

| MANUFACTURER | TYPE | SERIAL | CALIBER/GAUGE |
|---|---|---|---|
| Charles Daly | Shotgun – Model 301 | 21PA20V-0073 | 20-guage |
| Mossberg | Shotgun – 835 Ulti-Mag | UM0030027 | 12-guage |
| Savage Arms | Rifle – A22 | 3896051 | .22 caliber |
| Mossberg | Shotgun – Model 500 | V1312056 | .410-guage |
| Serdar Av Sanayi Tekstil | Shotgun – Hatfield Model SAS | 28A21-003983 | 28-guage |
| Khan Arms | Shotgun – Tristar Arms Model Cobra II | 21P4105942 | .410-guage |

All in violation of Title 18, United States Code, Section 924(m).

2

Dated:    April 18, 2023

A TRUE BILL,                *Name redaction

Grand Jury Foreperson

CARLA B. FREEDMAN
United States Attorney

By:

Jonathan S. Reiner
Assistant United States Attorney
Bar Roll No. 702645